**Affirmed and Opinion Filed July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01496-CR

### ZACHERY LEATCH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-51448-R

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Zachery Leatch appeals his conviction, following the adjudication of his guilt, for burglary of a habitation. *See* TEX. PENAL CODE ANN. § 30.02(a)(1) (West 2011). The trial court assessed punishment at six years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he

did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment adjudicating guilt.


Do Not Publish
TEX. R. APP. P. 47
141496F.U05

/Bill Whitehill/

BILL WHITEHILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ZACHERY LEATCH, Appellant

No. 05-14-01496-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the  265th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-51448-R).
Opinion delivered by Justice Whitehill,
Justices Francis and Lang-Miers
participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is
**AFFIRMED**.

Judgment entered July 29, 2015